[No. 21206-8-III.  Division Three.  July 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN JOSE SERRANO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-8-00493-9, Robert N. Hackett, Jr., J., entered June 7, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 21244-1-III.  Division Three.  July 10, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. ANGELA MARIE LAW, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01921-1, Neal Q. Rielly, J., entered May 29, 2002. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21408-7-III.  Division Three.  July 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN HECTOR ZEPEDA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-00793-2, Susan L. Hahn, J., entered September 5, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21527-0-III.  Division Three.  July 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN C. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 02-1-00005-7, John Hotchkiss, J., entered October 7, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J, concurred in by Sweeney and Kurtz, JJ.